# United States District Court

WESTERN DISTRICT OF WASHINGTON

James Philip Douglas

JUDGMENT IN A CIVIL CASE

v.

Ron Van Boening et al

CASE NUMBER: C08-5608RJB-KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.  The Court adopts the Report and Recommendation;

2.  Plaintiff's complaint is DISMISSED.


    June 23, 2009                           BRUCE RIFKIN
                                                       Clerk


                                            */s/ Jennie L. Patton*
                                                     Deputy Clerk